IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JON SOTO,

    Petitioner,    JUDGMENT IN A CIVIL CASE

v.    Case No. 13-cv-719-jdp

REED RICHARDSON,

    Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition of Jon Soto for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice.

| /s/ | 11/24/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |